UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.Z., a minor,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau or Investigation,<br><br>    Defendants. | Case No. 06cv2624-WQH (JMA)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE<br><br>[Docket No. 23] |

Having considered the parties' Joint Motion to Dismiss with Prejudice (Docket No. 23) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that the above captioned cause of action is DISMISSED WITH PREJUDICE.

All pending motions are DENIED AS MOOT.

**It is so ordered.**

DATED: July 10, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge

06cv2624